UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WHITMORE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, ETHAN MARQUEZ, Does 1 through X,<br><br>　　　　　　Defendants.<br>_____ | Case No.: CV09-4095 DMG(PJWx)<br>[*Assigned to Judge Dolly M. Gee; Courtroom 7*]<br><br>**JUDGMENT [JS-6** |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

　　During the course of this lawsuit, this Court entered various orders concerning the claims of plaintiff MICHAEL WHITMORE against defendants COUNTY OF LOS ANGELES and ETHAN MARQUEZ.

　　On June 18, 2010, this Court ordered that the claim of plaintiff MICHAEL WHITMORE against defendants COUNTY OF LOS ANGELES and ETHAN MARQUEZ for intentional infliction of emotional distress be dismissed in accordance with the stipulation of the parties.

　　On August 9, 2010, this Court ordered that summary judgment be granted in favor of defendants COUNTY OF LOS ANGELES and ETHAN MARQUEZ on the remaining claims of plaintiff MICHAEL WHITMORE for civil rights violation (42

U.S.C. § 1983- Due Process) and for civil rights violation (42 U.S.C. § 1983- Malicious Prosecution/Violation of Fourth Amendment Rights).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered on all claims in favor of defendants COUNTY OF LOS ANGELES and ETHAN MARQUEZ and against plaintiff MICHAEL WHITMORE; that plaintiff MICHAEL WHITMORE shall take nothing as against defendants COUNTY OF LOS ANGELES and ETHAN MARQUEZ; and that defendants COUNTY OF LOS ANGELES and ETHAN MARQUEZ shall recover their costs against plaintiff MICHAEL WHITMORE pursuant to a memorandum of costs to be filed by defendants COUNTY OF LOS ANGELES and ETHAN MARQUEZ.

IT IS SO ORDERED.

DATED: September 3, 2010

_____
Honorable Dolly M. Gee
United States District Judge